**Order filed, July 19, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00519-CV

_____

## MOH MOHEB AND LLOYD AUTO, Appellant

## V.

## MATT DIZAJIYAN, HARRY MOMENI AND PRUDENTIAL AUTO, LLC, Appellee

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2015-48741**

## ORDER

The reporter's record in this case was due July 17, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order My-Thuy M. Cieslar, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM